

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*White Plains, New York 10606*

December 12, 2022

**BY ECF**
The Honorable Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   *United States v. Earnest Soul*, 22-MJ-9653 (JCM)

Dear Judge McCarthy:

    The Government writes pursuant to the Court's order of November 30, 2022, requiring a status report in the above-referenced case. Defendant Earnest Soul was presented before this Court on November 30, 2022, pursuant to Fed. Rule Crim. Pro. 5(c)(3), on a bench warrant issued by the Superior Court of the District of Columbia (the "Superior Court"), in connection with the case of *United States v. Earnest Soul*, 2008 CF2 026904. On December 8, 2022, this Office was notified that the United States Attorney's Office for the District of Columbia issued a Notice of Nolle Prosequi in connection with that case, and that the Superior Court subsequently quashed the relevant bench warrant and dismissed the case. *See* Exhibit A, Order to Quash. Accordingly, the parties respectfully request that the Court lift the bail conditions that were put in effect on November 30, 2022.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

    by: /s/ Ben Arad
    Ben Arad
    Assistant United States Attorney
    (914) 993-1907

**APPLICATION GRANTED.**

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: December 12, 2022

Filed
D.C. Superior Court
12/01/2022 13:41PM
Clerk of the Court

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Criminal Division – Felony Branch

| | | |
|---|---|---|
| **UNITED STATES** | : | **Case No. 2008 CF2 026904** |
| | : | |
| v. | : | **Judge Marisa Demeo** |
| | : | |
| **EARNEST SOUL** | : | |
| | : | |
| | : | |

**ORDER**

On December 1, 2022, the Government filed *Notice of Nolle Prosequi.* Accordingly, it is this 1st day of December 2022,

**ORDERED** that the bench warrants issued on November 18, 2008, and January 22, 2009, are **QUASHED**.

*[signature]*
**JUDGE MARISA DEMEO**
**ASSOCIATE JUDGE**
**SIGNED IN CHAMBERS**

Copies to:

Katherine Earnest
*Assistant United States Attorney*